**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LOUIS FIGUEROA,                 :   No. 720 MAL 2016
                                     :
           Petitioner      :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
          v.                        :
                                       :
                                       :
ALLSTATE INSURANCE COMPANY,    :
                                       :
          Respondent     :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 9th day of February, 2017, the Petition for Allowance of Appeal

is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.